UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | 22-CV-7421 (RA) |
| v. | ORDER |
| THE GOLDEN BEAR, INC., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On September 7, 2s022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 6. As of today's date, no letter has been filed.

The parties shall submit their joint letter no later than November 14, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 8, 2022
New York, New York

Hon. Ronnie Abrams
United States District Judge